FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HERRERA LEIJA, | Case No. CV 07-7317-SJO (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| ROBERT HOREL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: 2/11/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE